UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELENA BRASSEAUX, ET AL.                    CIVIL ACTION

VERSUS                                     NO. 25-1722

FOUAD JR. VENTURES, LLC d/b/a              SECTION: D (4)
MAGNOLIA DISCOUNT, ET AL.

## ORDER

Before the Court is an *Ex Parte* Motion for Extension of Time to Plead, filed by

Defendant Shell Oil Products Company, LLC (R. Doc. 4). Pursuant to Local Civil Rule

7.8,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant Shell Oil Products Company,

LLC is provided a twenty-one (21) day extension from the date its responsive

pleadings would otherwise be due to file responsive pleadings in this matter.

New Orleans, Louisiana, September 19, 2025.


WENDY B. VITTER
United States District Judge