**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ELENA BRASSEAUX, ET AL                          CIVIL ACTION

VERSUS                                          NO: 25-1722

FOUAD JR. VENTURES, LLC, ET AL                  SECTION: "D" (4)

## ORDER TO SHOW CAUSE

The above-captioned matter was filed in this Court on August 21, 2025 naming Fouad Jr. Ventures, LLC, Fouad Zeton, and Luisa Zeton. (R. Doc. 1). Defendant, Fouad Jr. Ventures, LLC. was served via summons on August 25, 2025. (R. Doc. 8). Defendant, Luisa Zeton was served via summons on September 8, 2025 (R. Doc. 9). Defendant, Fouad Zeton was served via summons on September 15, 2025 (R. Doc 10). Defendants, Fouad Jr. Ventures, LLC, Fouad Zeton, and/or Luisa Zeton have not filed any responsive pleadings in this matter.

Accordingly,

**IT IS ORDERED** that, absent an appearance by Defendant, Fouad Jr. Ventures, LLC, Fouad Zeton, and Luisa Zeton, plaintiff show cause on or before **October 30, 2025**, by written motion or memorandum, as is appropriate, to report the status or show cause why these defendants should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in the dismissal of these defendants without prejudice without further notice.

New Orleans, Louisiana this __16th__ day of October, 2025.

_____
**WENDY B. VITTER**
**United States District Judge**