**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELENA BRASSEAUX, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1722** |
| **FOUAD JR. VENTURES, LLC d/b/a MAGNOLIA DISCOUNT, ET AL.** | **SECTION: D (4)** |

## ORDER OF CONDITIONAL DISMISSAL

The Court has been advised by counsel for Plaintiffs, Elena Brasseaux and Julian Garcia, in an e-mail dated October 30, 2025 sent to the Court's e-file e-mail address, that Plaintiffs have settled all of their claims against Defendants, Fouad Jr. Ventures, LLC, Fouad Zeton, and Luisa Zeton.[1]

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.[2]

New Orleans, Louisiana, October 31, 2025.

WENDY B. VITTER
**United States District Judge**

---

[1] Plaintiffs' claims against Defendant Shell Oil Products Company, LLC remain pending in this matter.

[2] The Court's October 16, 2025 Order to Show Cause as to Defendants Fouad Jr. Ventures, LLC, Fouad Zeton, and Luisa Zeton is deemed moot in light of the parties' settlement. *See* R. Doc. 11.