## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELENA BRASSEAUX and JULIAN GARCIA** | * CIVIL ACTION NO. 2:25-CV-01722 |
| | * |
| | * SECTION: "D" (4) |
| *Plaintiffs*, | * |
| | * JUDGE: WENDY B. VITTER |
| *v.* | * |
| | * MAGISTRATE: KAREN WELLS ROBY |
| **FOUAD JR. VENTURES, LLC d/b/a MAGNOLIA DISCOUNT, FOUAD ZETON, LUISA ZETON, and SHELL OIL PRODUCTS COMPANY, LLC** | * |
| | * |
| | * |
| | * |
| | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Elena Brasseaux and Julian Garcia, and Defendant, Shell Oil Products Company, LLC, through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, with each party to bear his or its own attorneys' fees and costs. This matter has settled.

SO STIPULATED:

| | |
|---|---|
| KENNETH C. BORDES, ATTORNEY AT LAW, LLC | IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC |
| | |
| */s/ Kenneth C. Bordes* | */s/ Anthony Hewitt*\* |
| **Kenneth C. Bordes (#35668)** | **Anthony Hewitt (#39214)** |
| Abigail L. Floresca (#41248) | Matthew W. Bailey (#21459) |
| 3914 Canal Street | Katherine M. Cook (#37640) |
| New Orleans, LA 70119 | Alex E. Mouhot (#37812) |
| Telephone: (504) 588-2700 | Catherine A. Rutherford-Kidder (#40935) |
| Facsimile: (504) 708-1717 | 450 Laurel Street, Suite 1150 |

Email: KCB@kennethbordes.com
abigail@kennethbordes.com

*Counsel for Elena Brasseaux and Julian Garcia*

Baton Rouge, LA 70801
Telephone: (225) 615-7150
Facsimile: 225) 616-7179
mbailey@irwinllc.com
kcook@irwinllc.com
amouhot@irwinllc.com
crutherford@irwinllc.com
ahewitt@irwinllc.com

*Counsel for Shell Oil Products Company, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of December, 2025, a true and correct copy of the foregoing was delivered via ECF to opposing counsel.

_/s/ Kenneth Bordes_____
KENNETH BORDES