## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELENA BRASSEAUX and JULIAN GARCIA** | * CIVIL ACTION NO. 2:25-CV-01722 |
| | * |
| | * SECTION: "D" (4) |
| *Plaintiffs,* | * |
| | * JUDGE: WENDY B. VITTER |
| *v.* | * |
| | * MAGISTRATE: KAREN WELLS ROBY |
| **FOUAD JR. VENTURES, LLC d/b/a MAGNOLIA DISCOUNT, FOUAD ZETON, LUISA ZETON, and SHELL OIL PRODUCTS COMPANY, LLC** | * |
| | * |
| | * |
| | * |
| | * |
| *Defendants.* | * |
| * * * * * * * * * * * * * * * * * * * | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Elena Brasseaux and Julian Garcia represent to the Court that this matter has settled with regard to Defendants, FOUAD JR. VENTURES, LLC d/b/a MAGNOLIA DISCOUNT, FOUAD ZETON, LUISA ZETON, and the Court may issue an order of dismissal of this action with prejudice, with each party to bear his or its own attorneys' fees and costs.

KENNETH C. BORDES, ATTORNEY AT
LAW, LLC

*/s/ Kenneth C. Bordes*
**Kenneth C. Bordes (#35668)**
Abigail L. Floresca (#41248)
3914 Canal Street
New Orleans, LA 70119
Telephone: (504) 588-2700
Facsimile: (504) 708-1717

Email: KCB@kennethbordes.com
abigail@kennethbordes.com

*Counsel for Elena Brasseaux and Julian Garcia*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of December, 2025, a true and correct copy of the foregoing was delivered via ECF to opposing counsel.

 /s/ Kenneth Bordes
KENNETH BORDES

2